# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| RONALD EVANS,<br><br>  Defendant Below-<br>  Appellant,<br><br>v.<br><br>STATE OF DELAWARE,<br><br>  Plaintiff Below-<br>  Appellee. | §<br>§ No. 421, 2016<br>§<br>§<br>§<br>§ Court Below:  Superior Court<br>§ of the State of Delaware<br>§<br>§ Cr. ID Nos. 0808023433 and<br>§ 0807012992<br>§ |

Submitted:  December 1, 2016
Decided:  December 7, 2016

## ORDER

This 7th day of December 2016, it appears to the Court that, on November 16, 2016, the Chief Deputy Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief on appeal.  The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ Randy J. Holland
Justice